IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL H. PELTERS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL CASE NO. 3:13-00979 |
| v. ) | Chief Judge Haynes |
| ) | |
| AMERIDOSE, LLC, et al., ) | |
| ) | |
| Defendants, ) | |

## ORDER

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in In re New England Compounding Pharmacy, Inc., MDL-2419, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then any party may move to reopen this action.

It is so **ORDERED**.

ENTERED this the 21st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court